# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Case No.: 3:07-CV-00473-RJC-DCK

| | |
|---|---|
| LUIS COLON, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )      **ORDER FOR STAY OF**<br>)      **INITIAL ATTORNEYS' CONFERENCE** |
| CAROL PENCEK AND OPAL SAVAGE, | )<br>) |
| Defendants. | ) |

Upon Motion of Defendants (Document No. 6), and good cause being shown, IT IS ORDERED, ADJUDGED AND DECREED that this Court's requirement for an Initial Attorneys' Conference is hereby stayed pending this Court's determination of Defendants' Motion to Dismiss.

SO ORDERED.

Signed: January 30, 2008

David C. Keesler
United States Magistrate Judge